**ORIGINAL**

LAW OFFICES OF JACK R. NAIDITCH, INC.
A PROFESSIONAL LAW CORPORATION
JACK R. NAIDITCH (5847)
PO Box 485
Kula, Hawai`i 96790
808/283-0912
Email: jnmaui@clear.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2011

at 11 o'clock and 05 min. A M.
SUE BEITIA, CLERK

Attorney for Plaintiff
HARMER RADIO AND ELECTRONICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HARMER RADIO AND ELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> S&S FIRE APPARATUS CO., DOUG KELLEY, CINDY VAN GORDON, CHRISTINA OLSON, LEE FINLEY, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 and DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO.: 10-00700 SOM BMK <br> (Contract) <br><br> **EX PARTE MOTION FOR ORDER TO SERVE COMPLAINT BY PUBLICATION; DECLARATION OF JACK R. NAIDITCH; AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTE SERVICE** |

**EX PARTE MOTION FOR ORDER TO SERVE COMPLAINT BY PUBLICATION**

Plaintiff HARMER RADIO AND ELECTRONICS, INC. ("Plaintiff" or "Harmer Radio"), by and through its attorney Jack R. Naiditch, hereby files ex parte its Motion for Order to Serve Complaint by Publication.

This motion is made pursuant to Rules 4(e)1 and 5(a)(d) of the Federal Rules of Civil Procedure, and is supported by the declaration and affidavit attached hereto and the records and files of this case.

DATED: Kula, Hawai`i, July 5, 2011

1

2

*Jack R. Naiditch*

JACK R. NAIDITCH
Attorney for Plaintiff
HARMER RADIO AND
    ELECTRONICS, INC.