# Affidavit in Support of Motion for Substitute Service

State of HAWAII                         County of                                   Court

Case Number: CV10-00700 SOM BMK

Plaintiff:
HARMER RADIO AND ELECTRONICS, INC.,

vs.

Defendant:
S&S FIRE APPARATUS CO., DOUG KELLEY, CINDY VAN GORDON, CHRISTINA OLSON, LEE FINLEY, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE ENTITIES 1-10

For:
Jack Naiditch
LAW OFFICES OF JACK R NAIDITCH INC
Po Box 790279
Paia, HA  96779

Received by PCS on the 3rd day of January, 2011 at 4:19 pm to be served on **LEE FINLEY (AKA LEE FINDLEY), BRAND FX BODY, 2800 GOLDEN TRIANGLE BLVD., FORT WORTH, TARRANT County, TX 76177.**

I, Amanda Boddie, being duly sworn, depose and say that on the **24th day of January, 2011 at 3:40 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND COMPLAINT.** After due search, careful inquiry and diligent attempts was unable to serve on **LEE FINLEY (AKA LEE FINDLEY)** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/6/2011 12:58 pm   I ARRIVED AT THE ABOVE ADDRESS. I SPOKE TO BRAND FX BODY'S SECRETARY WHO VERIFIED THAT 2800 GOLDEN TRIANGLE BLVD., FORT WORTH, TX 76177 IS A GOOD ADDRESS FOR LEE FINLEY (AKA LEE FINDEY). I WAS INFORMED THAT HE WAS NOT IN THE OFFICE AT THE MOMENT. I LEFT A DELIVERY NOTICE.
1/7/2011 12:15 pm   I CALLED THE OFFICE BEFORE DRIVING TO THE ABOVE ADDRESS. I SPOKE TO A FEMALE WHO INFORMED ME THAT LEE WAS NOT IN THE OFFICE.
1/7/2011 12:55 pm   I CALLED THE OFFICE AGAIN BEFORE ARRIVING. I WAS INFORMED THAT LEE WILL NOT BE BACK IN THE OFFICE UNTIL NEXT WEDNESDAY MORNING.
1/12/2011 10:10 am   I ARRIVED AT THE ABOVE ADDRESS. I WAS INFORMED THAT LEE WAS NOT IN THE OFFICE. I LEFT A DELIVERY NOTICE AND PHONE NUMBER FOR LEE TO CALL OUR OFFICE.
1/24/2011 3:40 pm   I CALLED THE OFFICE. I WAS INFORMED THAT LEE WAS NOT IN THE OFFICE.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Amanda Boddie
Process Server #SCH6658

Subscribed and Sworn to before me on the 17th day of February, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

PCS
111 E. Rosedale St.
Fort Worth, TX 76104
(817) 335-1655

Our Job Serial Number: PCO-2011000013

Service Fee: $55.00


KATIE MARIE DOUTLICK
MY COMMISSION EXPIRES
May 12, 2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g